**United States District Court**
For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    IVAN V. CLEVELAND,                        No. C 12-5298 SBA (PR)

6                  Petitioner,                 **ORDER GRANTING MOTION FOR
                                               EXTENSION OF TIME**
7       v.
                                               Docket No. 3.
8    RANDY GROUNDS,

9                  Respondent.
                                          /
10

11        Petitioner Ivan V. Cleveland, an inmate at the Correctional Training Facility in

12   Soledad, California, moves for an extension of time in which to file his application to

13   proceed in forma pauperis, which was due on November 21, 2012.  Having read Petitioner's

14   motion and good cause appearing, the motion for an extension of time is GRANTED.

15   Petitioner shall have thirty days from the date of this order to file his in forma pauperis

16   application.

17        This order terminates docket no. 3.

18

19        IT IS SO ORDERED.

20   DATED:    11/28/12

21                                             SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  IVAN CLEVELAND,

Plaintiff,          Case Number: CV12-05298 SBA

5                                    **CERTIFICATE OF SERVICE**

v.

6  RANDY GROUNDS et al,

7

Defendant.

8  ——————————————————/

9
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10  Court, Northern District of California.

11  That on November 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

13

14

15  Ivan Vernord Cleveland H-60545
CTF-Soledad
16  P.O. Box 689
Soledad, CA 93960-0689

17  Dated: November 30, 2012

18                        Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

L:\PRO-SE\SBA\HC.12\Cleveland 12-5298  EOT Grant.wpd          2