IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN VERNORD CLEVELAND,   No. C 12-5298 SBA (PR)

    Petitioner,   **ORDER OF TRANSFER**

v.

RANDY GROUNDS, Warden,

    Respondent.
_____/

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus. He seeks leave to proceed in forma pauperis.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. Id. § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." See 28 U.S.C. § 1406(a).

Here, Petitioner challenges a conviction and sentence incurred in the Los Angeles County Superior Court, which is in the venue of the Central District of California. See 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the Western Division of the United States District Court for the Central District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 6/10/13

                                                    SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.12\Cleveland 12-5298 HCTrans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CLEVELAND, | Case Number: CV12-05298 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RANDY GROUNDS et al, | |
| Defendant.                                           / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ivan Vernord Cleveland H-60545
CTF-Soledad
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 10, 2013

               Richard W. Wieking, Clerk
               By: Lisa Clark, Deputy Clerk